# Exhibit 1

US00D669945S

# (12) United States Design Patent
## Russo et al.

(10) Patent No.: **US D669,945 S**
(45) Date of Patent: ** **Oct. 30, 2012**

(54) **HAND GRIP FOR AN EXERCISE DEVICE**

(75) Inventors: **Stephanie Russo**, San Francisco, CA (US); **Randal Hetrick**, San Francisco, CA (US)

(73) Assignee: **Fitness Anywhere LLC.**, San Francisco, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/398,414**

(22) Filed: **Jul. 29, 2011**

(51) **LOC (9) Cl.** .................................................. **21-02**
(52) **U.S. Cl.** ...................... **D21/662**; D21/694; D21/682
(58) **Field of Classification Search** ................. D21/662, D21/679, 680–682, 684, 692, 694, 725, 756; 482/44, 45, 46, 49, 91, 105–108, 114, 115, 482/131, 148; D8/14, 70, 107, 303, 313; D32/54; 74/551.9, 558; 473/300–303, 543; 16/411, 421–422, 431; 294/171
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D52,489 S | * | 9/1918 | Palmer | D8/303 |
| D101,218 S | * | 9/1936 | Gurrieri | D22/142 |
| 3,140,873 A | * | 7/1964 | Goodwin | 473/302 |
| D248,114 S | * | 6/1978 | Mangiapane | D21/662 |
| D264,983 S | * | 6/1982 | Logan | D21/681 |
| D281,991 S | * | 12/1985 | Solheim | D21/756 |
| D287,527 S | * | 12/1986 | Solheim | D21/756 |
| D315,006 S | * | 2/1991 | Solheim | D21/756 |
| 5,280,735 A | * | 1/1994 | Kuipers et al. | 74/551.9 |
| D352,441 S | * | 11/1994 | Oury et al. | D8/303 |
| D461,390 S | * | 8/2002 | Livingston | D8/303 |
| 6,623,361 B1 | * | 9/2003 | Parsons | 463/47.7 |
| 7,044,020 B2 | * | 5/2006 | Rosenthal | 74/551.9 |
| 7,334,499 B2 | * | 2/2008 | Lai | 74/551.9 |
| D593,716 S | * | 6/2009 | Strauss | D30/156 |
| D609,048 S | * | 2/2010 | Yeh | D7/395 |
| D624,977 S | * | 10/2010 | Comello, Jr. | D21/725 |
| D626,816 S | * | 11/2010 | Claxton | D8/303 |
| D648,204 S | * | 11/2011 | Parvey | D8/303 |
| D648,816 S | * | 11/2011 | Sun | D21/756 |
| D654,972 S | * | 2/2012 | Green et al. | D21/756 |

* cited by examiner

*Primary Examiner* — Susan E Krakower
(74) *Attorney, Agent, or Firm* — Steven R. Vosen

(57) **CLAIM**

The ornamental design for a hand grip for an exercise device, as shown and described.

**DESCRIPTION**

FIG. **1** shows a front perspective view of a hand grip for an exercise device, showing our new design, illustrated with an unclaimed exercise device;
FIG. **2** shows a front perspective view of a hand grip, illustrated with an alternate unclaimed exercise device;
FIG. **3** shows a front, perspective view of a hand grip;
FIG. **4** shows a front elevation view thereof, the back elevation view, the left elevation view, and the right elevation view being identical thereto;
FIG. **5** shows a top plan view thereof, the bottom plan view being identical thereto;
FIG. **6** shows a sectional view **6-6** of FIG. **4**; and,
FIG. **7** shows a sectional view **7-7** of FIG. **4**.
The broken lines illustrate portions of the hand grip and environmental structure which form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4

FIG. 5

FIG. 6

FIG. 7