IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FITNESS ANYWHERE LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 21-cv-06476<br><br>**Judge Sharon Johnson Coleman**<br><br>**Magistrate Judge Beth W. Jantz** |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S *EX PARTE*
MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and the Court's inherent power to effectuate its own orders, Plaintiff Fitness Anywhere LLC ("TRX" or "Plaintiff") seeks to extend the Temporary Restraining Order granted and entered by the Court on December 10, 2021 (the "TRO") [25] for a period of fourteen (14) days until January 7, 2022.

On December 10, 2021, this Court entered the TRO against the Defendants identified on Schedule A to the Complaint. [25]. As of December 15, 2021, the third parties have not completed effectuating the TRO. *See* Declaration of Martin F. Trainor at ¶ 2. Plaintiff plans to freeze financial accounts identified by the third parties. *Id.*

Rule 65(b)(2) states that a temporary restraining order entered without notice may be extended provided a party can show, prior to expiration of the order, good cause for such an extension. Fed. R. Civ. P. 65(b)(2). Plaintiff respectfully submits that there is good cause to extend the TRO, since there is a high probability that the Defendants will continue to harm Plaintiff without the TRO in place. Specifically, Defendants will likely attempt to move any assets from their financial accounts to off-shore bank accounts. As discussed in Plaintiff's

Memorandum in Support of its *Ex Parte* Motion for Entry of a Temporary Restraining Order, and as found by the Court in granting the TRO, this possibility of harm is significant. Accordingly, in the interest of justice, Plaintiff submits that extension of the TRO is necessary. In light of the above, Plaintiff respectfully requests that the TRO be extended for a period of fourteen (14) days until January 7, 2022.

Dated this 15th day of December 2021.    Respectfully submitted,

/s/ Martin F. Trainor
Amy C. Ziegler
Justin R. Gaudio
Martin F. Trainor
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mtrainor@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff Fitness Anywhere LLC*